UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

*JUL 30 P 12: 56*

*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

| | |
|---|---|
| BETH BUCK,<br>        Plaintiff,<br><br>v.<br><br>AMERICAN EAGLE AIRLINES, INC.,<br>        Defendant. | )<br>)<br>)<br>)    CIVIL ACTION NO.<br>)    02-10904 RCL<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT

Now come the defendant, American Eagle Airlines, Inc., and the plaintiff, Beth Buck, by

and through their attorneys, and hereby assent that the defendant shall have up to and including

August 4, 2003, in which to file the Defendant's Motion for Summary Judgment.

| | |
|---|---|
| **BETH BUCK,**<br>By Her Attorney, | **AMERICAN EAGLE AIRLINES, INC.,**<br>By Its Attorney, |

*Dean Carnahan/tv*                          *Michael A. Fitzhugh*

Dean Carnahan, Esq.                      Michael A. Fitzhugh, Esq.
BBO # 074580                             BBO # 169700
Law Offices of Dean Carnahan            FITZHUGH, PARKER & ALVARO, LLP
126 Broadway                             155 Federal Street
Arlington, MA 02474                      Boston, MA  02110
(781) 641-2825                           (617) 695-2330

**IT IS SO ORDERED:**

_____
Hon. R.C. Lindsay

DATED:_____